**United States Bankruptcy Court**
**Southern District of Florida**
**West Palm Beach**

RE:
FAITH SCHMIDT                                     25-19275-MAM
Debtor                                                    Chapter 7

_____/

Notice of Appearance

Undersigned appears as counsel for Secured Creditor Allison Lending LLC and/or assigns, and requests copies of all notices.

A copy is being served on all parties by e-filing.

> JOEL M. ARESTY, P.A.
> Board Certified
> Business Bankruptcy Law
> Counsel for Creditor
> 309 1st Ave S
> Tierra Verde, FL 33715
> Fax: 1-800-559-1870
> Phone: (305) 904-1903
> Aresty@Mac.com
> By:/s/ Joel M. Aresty, Esq
> Fla. Bar No. 197483